IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DOUGLAS W. DAVIS,

    Plaintiff,

v.

WARDEN DOZIER, *et al.*,

    Defendants.

Case No. 3:10-cv-00841-JPG-PMF

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                                    **NANCY J. ROSENSTENGEL, Clerk of Court**

**DATED: April 12, 2012**                            **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    **s./ J. Phil Gilbert**

                    **J. PHIL GILBERT**

                    **DISTRICT JUDGE**